**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT -9 P 4: 17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CIVIL ACTION FILE NO. CV 107-032

| | |
|---|---|
| JOSEPH M. STILL BURN CENTERS, INC., | ) ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) ) |
| BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., | ) ) ) ) ) |
| DEFENDANT. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Joseph M. Still Burn Centers, Inc. and Defendant Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc. by and through their counsel of record, respectfully and jointly submit this stipulation of dismissal of this action, each

party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

This **8th** day of October, 2007.

_____
John J. Czura
Georgia Bar No. 202950
Attorney for Plaintiff
John J. Czura, P.C.
3602 Wheeler Road
Augusta, GA  30909
(706) 868-5254
Fax (706) 868-5443
Email czuraj@bellsouth.net

_____
Jon E. Ingram, Jr.
Georgia Bar No. 383415
Attorney for Defendant
Tucker, Everitt, Long,
Brewton & Lanier
453 Greene Street
P. O. Box 2426
Augusta, GA  30906
(706) 722-0771
Fax (706) 722-7028
Email jingram@thefirm453.com

Approved this **11** day of October, 2007.

_____
Lisa Godbey Wood, Judge,
United States District Court,
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 OCT 11  AM 9:08
CLERK _____
SO. DIST. OF GA.